

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NEW IMAGE ROLLER DOME, INC.,

          Plaintiffs,        3:07-CV-0923 TJM/DEP

- against -                      **ORDER**

TRAVELERS INDEMNITY COMPANY OF
ILLINIOIS,

          Defendant.

    Defendant Travelers Property Casualty Company of America ("Travelers"), formerly known as "The Travelers Indemnity Company of Illinois," having duly moved before the Honorable Thomas J. McAvoy on the 12th day of September, 2007, for an Order dismissing the Complaint pursuant to F.R.C.P. 12(b)(6),

    and the Court having considered the moving, opposition and reply papers, and having heard oral argument on the 13th day of November, 2007, and for the reasons set forth by Judge McAvoy on the Record on the 13th day of November, 2007, for good cause shown,

    IT IS, this 27th day of November, 2007,

    ORDERED, that Travelers' motion to dismiss the Complaint herein is granted with prejudice, and it is further

    ORDERED, that the Clerk of the Court shall enter this Order and close this case.

                                           The Honorable Thomas J. McAvoy
                                           United States District Judge